# In the United States Court of Federal Claims

**07-17 C**

**Filed: January 12, 2007**

**MCKING CONSULTING CORPORATION**

**v.**

**THE UNITED STATES**

**EXHIBIT A, B, and C to the Complaint**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.