5:00 pm

ORIGINAL

FILED
JAN 12 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MCKING CONSULTING CORPORATION,<br>Plaintiff,<br>v.<br>THE UNITED STATES OF AMERICA,<br>Defendant. | No. 07- 17 C<br>Judge: |

## APPLICATION FOR TEMPORARY RESTRAINING ORDER

Pursuant to Rule 65 of the United States Court of Federal Claims, McKing Consulting Corporation ("McKing") moves this Court for a temporary restraining order against Defendant United States, acting through the Human Resources and Services Administration ("HRSA") of the Department of Health and Human Services ("DHHS"), with respect to with respect to Solicitation No. TA SERVICES MCHB-DLA ("Solicitation") issued by the HRSA for technical assistance support services for the MCH/Head Start Regional Oral Health Expert Logistics Management Program. Alternatively, McKing requests that this temporary restraining order be in effect until the Court hears and decides McKing's motion for preliminary injunction.

Dated: January 12, 2007

Respectfully submitted,

Jessica Abrahams
McKENNA LONG & ALDRIDGE LLP
1900 K Street, N.W.
Washington, DC 20006
Tel: (202) 496-7500
Fax: (202) 496-7756

Counsel of Record for Plaintiff McKing Consulting Corporation

Of Counsel:

Shari L. Klevens
Jennifer M. Morrison
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, DC 20006
(202) 496-7500

DC:50455343.1

# CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of McKing Consulting Corporation's Complaint, Memorandum of Points and Authorities in Support of Motion for Preliminary Injunction, and Motion for Preliminary Injunction, and Application for Temporary Restraining Order to be served this 12th day of January, 2007, by facsimile on the following:

Mark Melnick
Department of Justice
Commercial Litigation Branch, 7th Floor
1100 L Street, N.W.
Washington, D.C. 20530

Bryant Snee
Department of Justice
Commercial Litigation Branch, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

Michael L. Goulding
HHS – Office of the General Counsel
General Law Division
Room C2-05-23 Central Building
7500 Security Boulevard
Baltimore, MD 21244

Counsel for Defendant United States

Jessica C. Abrahams