IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(**BID PROTEST**)

| | | |
|---|---|---|
| MCKING CONSULTING CORPORATION, Plaintiff, | ) | |
| v. | ) | No. 07-017 (Judge Block) |
| THE UNITED STATES, Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Steven M. Mager as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530

Dated: January 17, 2007

s/Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 616-2377
Telecopier:(202) 305-7643
steven.mager@usdoj.gov

CERTIFICATE OF FILING

I hereby certify that on January 17, 2007, a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Steven M. Mager
Steven M. Mager