# The United States Court of Federal Claims

No: 07-017C

January 17, 2007

***McKING CONSULTING CORPORATION*,**

***Plaintiffs*,**

**v.**

**THE UNITED STATES OF AMERICA,**

***Defendant*.**

## SCHEDULING ORDER

On Wednesday, January 17, 2007, the Court conducted a telephonic status conference. During the conference the following schedule was agreed to:

1. Defendant shall file two (2) paper copies of the Administrative Record by **Friday, January 26, 2007**.

2. Plaintiff may file a motion for judgment on the Administrative Record by **Wednesday, February 14, 2007**.

3. Defendant may file a response by **Friday, March 2, 2007**.

4. Plaintiff may file a reply by **Friday, March 9, 2007**.

5. The court shall hear oral argument on the above-referenced motion at **11:00 a.m. on Thursday, March 15, 2007**. The argument shall take place at the U.S. Court of Federal Claims, The National Courts Building, 717 Madison Place, NW, Washington, DC 20005.

**IT IS SO ORDERED.**

s/ Lawrence J. Block

Lawrence J. Block

Judge