**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(Bid Protest)**

| | | |
|---|---|---|
| MCKING CONSULTING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 07-017C<br>(Judge Block) |

**DEFENDANT'S UNOPPOSED MOTION FOR A PROTECTIVE ORDER**

Pursuant to Rule 7(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court enter a protective order in this action. Plaintiff, McKing Consulting Corporation, does not oppose this motion.

On January 17, 2007, the Court ordered the defendant to file the administrative record in this case by January 26, 2007. Upon review of the administrative record, it is clear that certain documents that will be included in the administrative record may contain confidential, proprietary or otherwise sensitive information. A protective order is needed to maintain the confidentiality of this material. The United States has attached a proposed protective order as Exhibit A to this motion.

For these reasons, the United States respectfully requests that the Court grant this unopposed motion for a protective order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel. (202) 616-2377
Fax (202) 305-7643
steven.mager@usdoj.gov

Attorneys for Defendant

Dated: January 25, 2007

**CERTIFICATE OF FILING**

I hereby certify that on January 25, 2007, a copy of foregoing "MOTION FOR A PROTECTIVE ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Steven M. Mager
Steven M. Mager