**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(Bid Protest)**

| | | |
|---|---|---|
| MCKING CONSULTING CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-017C |
| v. | ) | (Judge Block) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF
FILING OF ADMINISTRATIVE RECORD

Pursuant to the Court's scheduling order of January 17, 2007, and the Protective Order, filed January 26, 2007, defendant, the United States, respectfully provides notice of the filing of the administrative record under seal in this case. The administrative record is being filed on CD-ROM and in paper format, and includes the core materials listed in Appendix C, paragraph 22 of the Rules of the United States Court of Federal Claims.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel. (202) 616-2377
Fax (202) 305-7643

January 26, 2007

Attorneys for Defendant

CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 26th day of January, 2007, a copy of the foregoing "DEFENDANT'S NOTICE OF FILING OF ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further hereby certify under penalty of perjury that on this 26th day of January, 2007, I caused to be delivered by overnight express mail, a copy of the "DEFENDANT'S NOTICE OF FILING OF ADMINISTRATIVE RECORD" and the "ADMINISTRATIVE RECORD" addressed as follows:

Jessica Catherine Abrahams
McKenna, Long & Aldridge, LLP
1900 K Street, NW
Washington, DC 20006

/s Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Department of Justice