**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| MCKING CONSULTING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 1:07-CV-017<br><br>Judge: Lawrence J. Block |

**MCKING CONSULTING CORPORATION'S**
**<u>MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD</u>**

McKing Consulting Corporation ("McKing") moves this Court for Judgment on the Administrative Record against Defendant United States, acting through the Human Resources and Services Administration ("HRSA") of the Department of Health and Human Services ("DHHS" or "Agency") with respect to Solicitation No. TA SERVICES MCHB-DLA ("Solicitation"). The factual and legal support for this motion are set forth in the accompanying Memorandum.

Dated: February 14, 2007

Respectfully submitted,

JESSICA C. ABRAHAMS

s/Jessica C. Abrahams
McKENNA LONG & ALDRIDGE LLP
1900 K Street, N.W.
Washington, DC 20006
Tel: (202) 496-7500
Fax: (202) 496-7756

Counsel of Record for Plaintiff McKing Consulting Corporation

Of Counsel:
Daniel E. Johnson
Shari L. Klevens
Jennifer Morrison
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, DC 20006
(202) 496-7500