**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| MCKING CONSULTING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 1:07-CV-017<br><br>Judge: Lawrence J. Block |

**MCKING CONSULTING CORPORATION'S**
**<u>MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT</u>**

Plaintiff McKing Consulting Corporation ("McKing" or "Plaintiff") respectfully moves for leave to file its First Amended Complaint pursuant to Fed. R. Civ. P. 15(a). McKing seeks leave to file its First Amended Complaint to address issues raised by the Administrative Record in the referenced action, which Defendant did not produce until January 26, 2007, after Plaintiff already filed its original complaint. Additional factual and legal support for this motion are set forth in the accompanying Memorandum as well as in Plaintiff's Memorandum in Support of its Motion for Judgment on the Administrative Record, both of which have been filed and served simultaneously.

Respectfully submitted,

JESSICA C. ABRAHAMS

s/Jessica C. Abrahams
McKENNA LONG & ALDRIDGE LLP
1900 K Street, N.W.
Washington, DC 20006
Tel: (202) 496-7500
Fax: (202) 496-7756

Counsel of Record for Plaintiff McKing Consulting Corporation

Of Counsel:

Daniel E. Johnson
Shari L. Klevens
Jennifer M. Morrison
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, DC 20006
(202) 496-7500

Dated: February 14, 2007