**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

MCKING CONSULTING CORPORATION,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No. 1:07-CV-017

Judge: Lawrence J. Block

**MOTION FOR LEAVE TO TAKE LIMITED DISCOVERY**

Pursuant to Rule 26 of the Rules of the United States Court of Federal Claims, Plaintiff McKing Consulting Corporation respectfully moves the Court for leave to take limited discovery in the above-captioned bid protest action. Discovery is necessary in this action in order for Plaintiff to ascertain information absent from the Administrative Record that is essential to the allegations raised in Plaintiff's First Amended Complaint. Additional factual and legal support for this motion are set forth in the accompanying Memorandum. In light of the foregoing, the Court should grant this motion and allow Plaintiff to take limited discovery in this matter.

Dated: February 14, 2007

Respectfully submitted,

JESSICA C. ABRAHAMS

s/Jessica C. Abrahams
McKENNA LONG & ALDRIDGE LLP
1900 K Street, N.W.
Washington, DC 20006
Tel: (202) 496-7500
Fax: (202) 496-7756

Counsel of Record for Plaintiff McKing Consulting Corporation

Of Counsel:
Shari L. Klevens
Jennifer Morrison
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, DC 20006
(202) 496-7500

DC:50461558.1