**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(Bid Protest)**

| | | |
|---|---|---|
| MCKING CONSULTING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 07-017C<br>(Judge Block) |

**UNOPPOSED MOTION FOR LEAVE TO FILE**
**SUPPLEMENT TO ADMINISTRATIVE RECORD ON CD-ROM**

Defendant, the United States, respectfully requests leave to file its supplement to the administrative record utilizing a CD-ROM. This case is designated for electronic filing using the Court's CM/ECF system. The supplement to the administrative record in this case will exceed the two megabyte size limitation applicable to electronic files, Rules of the United States Court of Federal Claims ("RCFC") General Order 42A ¶ 4, and the 50-page limitation requiring printed documents, RCFC General Order 42A ¶ 5. In addition, sealed administrative record documents may not be filed electronically unless authorized by the Court. RCFC General Order 42A ¶ 7. Counsel for plaintiff has been contacted and do not oppose this motion.

The administrative record consists of multiple documents. These materials can most efficiently be delivered to the Court and to the parties on a CD-ROM. This method will provide efficient and easy access to the administrative record by the parties and the Court. Filing on CD-ROM also provides the most efficient and secure method for submission of the supplemental administrative record under seal.

Pursuant to this Court's January 17, 2007 scheduling order, defendant will also file two paper copies of the administrative record with Chambers, and send an additional paper copy of the record to plaintiff's counsel, for plaintiff's convenience.

For these reasons, defendant respectfully requests that this motion for leave to file on CD-ROM be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

/s Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel. (202) 616-2377
Fax (202) 305-7643

March 2, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 2nd day of March, 2007, a copy of the foregoing "MOTION FOR LEAVE TO FILE SUPPLEMENTAL ADMINISTRATIVE RECORD ON CD-ROM" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Department of Justice