**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| MCKING CONSULTING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 1:07-CV-017<br><br>Judge: Lawrence J. Block |

**MCKING CONSULTING CORPORATION'S**
**MOTION FOR LEAVE TO USE RELEVANT PROTECTED MATERIAL**

McKing Consulting Corporation ("McKing") moves this Court for Leave to Use Relevant Protected Material in order to pursue certain claims against Rivera, Sierra & Company ("Rivera Sierra") in a separate forum. Specifically, through a review of the Administrative Record in this action, McKing learned that its proprietary information had been obtained and used improperly by Rivera Sierra in its effort to bid on the procurement pursuant to RFP No. TASERVICEMCHB. Specifically, Rivera Sierra's proposal uses the very same list of consultants and, even more surprising and suspect, the actual rates paid by McKing to its Consultants for the incumbent contract. Without McKing's information, Rivera Sierra likely would not have been able to submit a proposal that would be within the range of competitive bids. As described in its briefs submitted in this action, McKing considers this information to be proprietary, and McKing never authorized the release of the information. Moreover, McKing certainly did not and would not give such information to a competitor attempting to bid on the same work as McKing.

As a result, McKing believes it has legitimate claims against at least Rivera Sierra, and perhaps also against certain Government officials in their individual capacities. Such claims would include but are not limited to, tortious interference with contract and/or contract expectancy (*see Maximus, Inc. v. Lockheed Information Management Systems Company, Inc.* 254 Va. 408, 493 S.E. 2d 375 (Va. 1997), and violation of the Virginia Business Conspiracy Act (*see* Va.Code. §§ 18.2-499 *et seq.* and *Atlantic Futon v. Tempur-Pedic, Inc.* 67 Va.Cir. 269, 2005 WL 958072 (Va.Cir.Ct. 2005).

McKing intends to pursue these claims regardless of whether it is permitted to use the protected material, but believes that the relevant information contained in the Administrative Record in this case is critical to McKing's effort to pursue its claims and to plead its cause with the requisite specificity. McKing brings this motion reluctantly in light of the manifest injustice that would result from the improper use of McKing's proprietary information by its competitor without its consent. McKing fully intends to comply with the strictures of the Protective Order and will immediately request that a similar protective order be issued by the judge hearing the case against Rivera and the Government officials. Accordingly, McKing respectfully requests leave to use the relevant protected material in pursuing such claims.

Dated: March 23, 2007

Respectfully submitted,

JESSICA C. ABRAHAMS

s/Jessica C. Abrahams
McKENNA LONG & ALDRIDGE LLP
1900 K Street, N.W.
Washington, DC 20006
Tel: (202) 496-7500
Fax: (202) 496-7756

Counsel of Record for Plaintiff McKing Consulting Corporation

Of Counsel:
Daniel E. Johnson
Shari L. Klevens
Jennifer Morrison
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, DC 20006
(202) 496-7500

DC:50468014.1