**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Bid Protest)

| | | |
|---|---|---|
| MCKING CONSULTING CORPORATION, Plaintiff, | ) | No. 07-017C |
| v. | ) | (Judge Block) |
| THE UNITED STATES, Defendant. | ) | |

**MOTION FOR LEAVE TO FILE DEFENDANT'S STATUS REPORT**

Defendant, the United States, respectfully requests leave of Court to file Defendant's status report. Counsel for the defendant has contact counsel for the plaintiff, who has indicated that plaintiff does not oppose this motion for leave to file.

On June 21, 2007, we respectfully informed the Court that, effective July 6, 2007, the agency would no longer voluntarily stay award of the contract at issue in this case. Further, as provided by plaintiff in its amended response to our notice, on July 30, 2007, the agency issued a new RFQ in connection with the Maternal and Child Health Bureau Oral Health Program. While this RFQ bears no connection to the contract at issue in this bid protest, the Government respectfully requests leave of Court to file a status report describing in detail the status of both this new procurement, and the contract at issue in this protest.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

OF COUNSEL:

MICHAEL I. GOULDING
Attorney
Office of General Counsel
Department of Health and
Human Services

s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-2377
Facsimile: (202) 305-7643

September 20, 2007

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on September 20, 2007, a copy of the foregoing "MOTION FOR LEAVE TO FILE DEFENDANT'S STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Steven M. Mager