**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Bid Protest)

| | | |
|---|---|---|
| MCKING CONSULTING CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-017C |
| v. | ) | (Judge Block) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S STATUS REPORT**

On June 21, 2007, we respectfully informed the Court that, effective July 6, 2007, the agency would no longer voluntarily stay award of the contract at issue in this case. On July 11, 2007, in accordance with our representations to the Court, the agency awarded the subject contract to Rivera, Sierra & Company. App. 1-2. Notice of award was published on FedBizOpps on the same date. Id.

On July 30, 2007, the agency posted a separate, pre-solicitation notice and request for quotations ("RFQ") for technical assistance ("TA") to the Maternal and Child Health ("MCH") Bureau Oral Health Program. App. 3, 4-9, 10-21, 22-26. While this new solicitation involves providing technical assistance to the Maternal and Child Health Bureau Oral Health Program, similar to the solicitation at issue in this bid protest, the July 30, 2007 RFQ involves a different type of technical assistance, and services a different population. Specifically, whereas the solicitation at issue in this case is for the regional Head Start Programs for "Agency Children and Family [] Regional Offices, the American Indian/Alaskan Native [], and the Migrant and Seasonal [] Farm Workers Branches;" the population receiving assistance pursuant to the

proposed RFQ is at-risk Maternal and Child Health populations, including children with special health care needs. Compare AR 1060-66 with App. 22-23. While the contract at issue in this bid protest involves providing oral health consultants throughout the United States, who lend technical assistance within their specified regions of United States; the RFQ requests one contractor to work at the Health Resources and Services Administration headquarters. Compare AR 1062 with App. 23. The contract at issue in this protest provides for technical assistance in maintaining partnerships between the Government and Head Start state institutions and agencies; whereas the RFQ requests technical assistance in phasing out inter-agency agreements between headquarters Maternal and Child Health Bureau staff and the Office of Head Start. Compare AR 1062-63 with App. 24. Similarly, while the contract at issue in this protest provides for technical assistance to increase knowledge and information transfers of oral health services in order to increase services through direct access points (i.e., local dental providers to Head Start children), the RFQ requests technical assistance for oversight of program staff and oral health program meetings at Health Resources and Services Administration headquarters. Compare AR 1063-64 with App. 24. In summary, the contract at issue in this bid protest provides for a different, broader range of services than the services sought by the new RFQ. See also App. 28 (In response to questions regarding the RFQ from potential offerors, the agency provided that "[t]his is a new requirement.").

We believe that this matter is fully briefed, and that there is no need for further briefing. However, we remain available to provide the Court with any additional material it requests, at the Court's convenience.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

OF COUNSEL:

MICHAEL I. GOULDING
Attorney
Office of General Counsel
Department of Health and
Human Services

s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-2377
Facsimile: (202) 305-7643

September 20, 2007

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on September 20, 2007, a copy of the foregoing "DEFENDANT'S STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Steven M. Mager