# *Appendix*

## INDEX TO APPENDIX

**DOCUMENT** **PAGE(S)**

Award Notice, Solicitation TASERVICESMCHB (July 11, 2007). . . . . . . . . . . . . . . . . . . . . . . 1-2

FedBizOpps Printout, HRSA-07-S240-0773-AB (last updated August 21, 2007). . . . . . . . . . . . . 3

Request for Quotations, HRSA-07-S240-0773-AB (July 30, 2007). . . . . . . . . . . . . . . . . . . . . . 4-9

Standard Form 18 (Request for Quotations), HRSA-07-S240-0773-AB (July 30, 2007). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-21

Statement of Work, HRSA-07-S240-0773-AB (July 30, 2007). . . . . . . . . . . . . . . . . . . . . . . 22-26

Questions and Answers (Amendment 1), HRSA-07-S240-0773-AB (August 21, 2007). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27-28