Vendors
Federal Business Opportunities

# R -- Consulting Services to provide training and technical assistance for Oral Health Programs to support Local Head Start and Early Head Start

## General Information

| | |
|---|---|
| Document Type: | Award Notice |
| Solicitation Number: | TASERVICESMCHB |
| Posted Date: | Jul 11, 2007 |
| Original Archive Date: | Sep 30, 2007 |
| Current Archive Date: | Sep 30, 2007 |
| Classification Code: | R -- Professional, administrative, and management support services |
| Set Aside: | N/A |
| Naics Code: | 541611 -- Administrative Management and General Management Consulting Services |

## Contracting Office Address

Department of Health and Human Services, Health Resources and Services Administration, Division of Procurement Management, 5600 Fishers Lane, Room 13A-19, Rockville, MD, 20857, UNITED STATES

## Description

| | |
|---|---|
| Contract Award Date: | Jul 11, 2007 |
| Contract Award Number: | HHSH240200735003C |
| Contract Award Amount: | Base = $820,331.00 + All Options = $7,209,626.00 |
| Contract Line Item Number: | 1 |

Contractor: Rivera, Sierra & Company 32 Court Street, Suite 1200 Brooklyn, New York, 11201

**Point of Contact**

Diane Coger, Contract Specialist, Phone 301-443-2583, Fax 301-443-5462, Email dcoger@hrsa.gov - Alexandra Garcia, Contracting Officer, Phone (301) 443-2750, Fax (301) 443-5462, Email agarcia@hrsa.gov

---

**Government-wide Numbered Notes**
**You may return to Business Opportunities at:**

- HHS HRSA listed by [Posted Date]
- HHS Agencywide listed by [Posted Date]

---

[Home] [SEARCH synopses] [Procurement Reference Library]

R -- TECHNICAL ASSISTANCE FOR THE MATERNAL AND CHILD HEALTH BUREAU ORAL HEALTH PROGRAM

# HRSA-07-S240-0773-AB

Any inconsistency between the original printed document and the disk or electronic document shall be resolved by giving precedence to the printed document. If you have any questions, please contact Aileen Broider, Contract Specialist, Phone (301) 443-5231, Fax (301) 443-5462, Email abroider@hrsa.gov If you need document viewers, please try the following Document Viewer List.

**Solicitation 01** (*Posted on Jul 30, 2007*)

| Description | Size (Bytes) | File Format |
|---|---|---|
| Request for Proposal | 68,096 | Microsoft Word |
| SF18 | 51,171 | Microsoft Word |
| Statement of Work | 55,296 | Microsoft Word |
| All Files | 71,376 | Zip Compression |

**Amendment 01** (*Posted on Aug 21, 2007*)

| Description | Size (Bytes) | File Format |
|---|---|---|
| Questions and Answers | 29,696 | Microsoft Word |
| All Files | 9,132 | Zip Compression |

Register to Receive Notification

DEPARTMENT OF HEALTH & HUMAN SERVICES
HEALTH RESOURCES AND SERVICES ADMINISTRATION

July 30, 2007

**REFERENCE: #07-S240-0773-AB**

Dear Sir or Madam:

This office is contemplating issuance of a Firm Fixed-Price Purchase Order pursuant to Federal Acquisition Regulations (FAR) Part 13. The NAICS code is 541611.

The purpose of this procurement is to provide technical assistance to the Maternal and Child Health Bureau, HRSA, oral health program staff to maintain program quality and oversight, as stated in the attached Statement of Work.

The Contracting Officer must receive your technical and business proposal on **August 23, 2007 at no later than 10:00 A.M. local prevailing time** at the following address:

Department of Health and Human Services
Health Resources and Services Administration
Division of Procurement Management
5600 Fishers Lane, Room 13A-19
Rockville, MD 20857
ATTN: Aileen Broider RFQ No. **07-S240-0773-AB**

**Questions about this requirement must be submitted by e-mail to abroider@hrsa.gov no later than 10:00 A.M. local prevailing time on August 10, 2007.**

Your proposal shall be prepared in accordance with the Sections entitled "Instructions, Conditions, and Notices to Offerors," and the "Statement of Work." This RFQ does not commit the Government to pay any costs for the preparation and submission of a proposal.

It is also brought to your attention that the Contracting Officer is the only individual who can legally commit the Government to expenditure of public funds in connection with this proposed acquisition.

Your proposal must provide a contact name and number, your company name and complete address, including street, city, county, state, zip code, e-mail address, Tax Identification Number (TIN), and Dun & Bradstreet Number (DUNS). The TIN must match the name of the vendor to whom the payments will be made. Please note that FAR 52.204-6 Contractor Identification Number Data Universal System (DUNS Number) and 52.204-7 Central Contractor Registration (CCR) requires any prospective awardee to have a DUNS number and be registered in the CCR database prior to award, during performance, and through final payment of any contract, basic agreement, basic ordering agreement, or blanket purchasing agreement resulting from this solicitation.

If you do not have a DUNS number, you are requested to contact Dun and Bradstreet Information Services at 1-866-794-1580, or 1-800-234-3867 or via the Internet at http://www.dnb.com. If you are not registered in the CCR, you may obtain information on registration and annual confirmation requirements via the Internet at http://www.ccr.gov or by calling 1-888-227-2423, or 1-269-961-5757. Please include this information on the first page of your quotation and on the first page of the Standard Form 18 and/or Standard Form 1449. If the address is different from the address to which payments are mailed, you must also include the complete payment address.

Requests for any information concerning this RFQ should be referred only to Aileen Broider, Contracting Officer, at (301) 443-5231, FAX (301) 443-5462 or e-mail at abroider@hrsa.gov. Discussion with any other individual outside of the Contracts Office may result in rejection of a potential offeror's proposal.

Sincerely,

/s/
Alexandra Garcia
Contracting Officer

**NOTICE: ACCESS TO PARKLAWN BUILDING**

The Parklawn Building is a controlled access building; therefore you should allow ample time for visitor access. It is your responsibility to ensure that proposals are delivered by the due date and time, and specific place (Room 13A-19) required in the solicitation. Please be advised that late proposals will not be excused. Due to increased security measures, offerors delivering boxes of proposals must use the delivery entrance located on the loading dock, which is accessible from Parklawn Drive. All packages will be x-rayed by a security guard. Visitors will be required to provide photo identification and provide a name and telephone number of the individual being visited (in this case, Aileen Broider at 301-443-5231, 301-443-2750 or 301-443-1433). You will then be escorted to Room 13A-19 (13th Floor, A-Wing, Room 19). Boxes of proposals should not be left on the loading dock.

## INSTRUCTIONS, CONDITIONS, AND NOTICES TO OFFERORS

### A. General Instructions

To simplify the evaluation of the proposal, **the offeror must submit one original and two (2) copies** of its materials in two separate volumes entitled: (1) Technical Proposal, and (2) Business Proposal (Price for Quotation).

#### 1. Technical Proposal Instructions

To facilitate proposal evaluations, the offeror shall submit as a part of the proposal, a **separate enclosure entitled "Technical Proposal."** Under no circumstances is any cost to be shown in the Technical Proposal; however, unpriced details of labor hours and other direct costs shall be included. Specifically, the data and information in the Technical Proposal should be organized according to the following Evaluation Criteria:

| **Evaluation Criteria** | | | **Weights** |
|---|---|---|---|
| *1.* | *Understanding of and Statement on the Intent and Functions of the Project* | | ***25*** |
| A. | Understanding of MCHB's oral health program, its goals and objectives, and the context under which technical assistance will be provided to DCAFH oral health staff and partners (Federal and non-Federal). | 25 | |
| *2.* | *Technical Approach* | | ***25*** |
| A. | Description of the contents of each task to be performed to achieve the project's objectives in the offeror's own words and the methodology to be used for individual tasks. | 20 | |
| B. | Description of anticipated major problem areas, together with potential approaches to their solution. | 5 | |
| *3.* | *Capability and Experience of the Contractor* | | ***50*** |
| A. | The key personnel selected to perform tasks under this contract shall possess a dental degree (DDS or DMD) and be board certified in the dental specialty of Dental Public Health from an accredited dental school. | 10 | |
| B. | Description of the capability and the experience of the Contractor in working with the partner associations and MCH populations, including children with special health care needs, relative to the requirements of this project. | 20 | |
| C. | Description of prior and/or current projects which are similar; demonstrated experience with maternal and child health (including children with special health care needs), Medicaid and State Children's | | |

Health Insurance, managed care, Head Start and Early Head Start, and sealant program issues related to MCHB grantees.
20

**Total:** **100**

## 2. Business Proposal (Price for Quotation) Instructions

The offeror shall submit a Price Quote proposal, fully supported by cost and pricing data, in sufficient detail to allow for cost analysis that will be utilized to establish the reasonableness of the proposed costs.

The offeror's Price Quote proposal shall consist of the following sections:

a. Standard Form 18, Request for Quotations

The Contractor **must** complete the following Blocks:

BLOCK 8 State the Name and Address of your organization.

BLOCK 11 Enter the organization's Tax ID Number or Federal Identification Number.

Enter the organization's DUNS (Digital Universal Numbering System) Number. This information can be obtained from your accounting office; however, if your organization does not have a DUNS number, please call Duns & Bradstreet to obtain a DUNS number.

BLOCK 13 State the name and address of the individual providing the price quote.

BLOCK 14 Signature of the person authorized to commit your organization to the contract.

BLOCK 16 Print or type the name and title of the person authorized to commit your organization to the contract.

b. Supporting Documentation

The Contractor shall furnish a price breakdown in support of the statement of work and deliverables. The supporting documentation must include the following:

i. Copy of the organization's indirect cost rate agreement or supporting information for any quoted rates.

ii. Break out personnel (direct labor), fringe benefits, labor overhead, consultant fees, travel, other direct costs, G&A expense, and fee.

*Direct Labor Costs*: State the labor categories, estimated number of hours and unburden wage rate of each category.

| | |
|---|---|
| *Fringe Benefits*: | Rate should be in accordance with the organization's cost rate agreement. |
| *Labor Overhead*: | Rate should be in accordance with the organization's cost rate agreement. |
| *Consultant Fees*: | State number of days and daily rate for each expertise required. |
| *Travel*: | Provide breakdown of transportation charges, lodging, and per diem. |
| *Other Direct Costs*: | Provide cost for materials, supplies, telephone, etc. KEEP IN MIND THAT HRSA DOES NOT INTEND TO PROVIDE FUNDS FOR THE PURCHASE OR LEASE OF ANY EQUIPMENT. |
| *G&A*: | Rate should be in accordance with the organization's cost rate agreement. |
| *Fee*: | If applicable, state rate that is offered to your best value customer. |

## EVALUATION FACTORS FOR AWARD

### A. Award Criteria

The Technical Proposal will receive paramount consideration in the selection of the contractor for this acquisition. In the event that the technical evaluation reveals that two or more offers are approximately equal in technical ability, then the estimated cost of performance will become paramount; **however, the Government reserves the right to make an award based on the best value for the Government, cost and technical factors considered.**

### B. Selection of Offeror(s)

1. The acceptability or unacceptability of the technical portion of the contract proposal will be based upon a technical evaluation. Each proposal will be evaluated in strict conformity with the evaluation criteria of the RFQ, utilizing point scores and written critiques.

2. The Government reserves the right to make an award without further discussion of the proposals received. Therefore, it is important that your proposal be submitted initially on the most favorable terms from both the technical and cost standpoints.

3. The Government reserves the right to make a single award, multiple awards, or no award as a result of this RFQ. In addition, the RFQ may be amended if determined to be in the best interest of the Government.

### C. Evaluation Criteria

The evaluation will be based on the demonstrated capabilities of the prospective contractor in relation to the needs of the project as set forth in the RFQ. The merits of the proposal will be evaluated

carefully. The following criteria are those that will be applied in the evaluation of your technical proposal. The proposal will be evaluated using the following criteria and weights:

| FACTOR | | WEIGHT |
|---|---|---|
| A. | Understanding of and Statement on the Intent and Functions of the Project | **25 points** |
| B. | Technical Approach | **25 points** |
| C. | Capability and Experience of the Contractor | **50 points** |
| | **TOTAL** | **100 POINTS** |

**REQUEST FOR QUOTATION**
*(THIS IS NOT AN ORDER)*

THIS RFQ [X] IS [ ] IS NOT A SMALL BUSINESS SET ASIDE

PAGE 1 OF PAGES 12

| 1. REQUEST NO. | 2. DATE ISSUED | 3. REQUISITION/PURCHASE REQUEST NO. | 4. CERT. FOR NAT. DEF. UNDER BDSA REG. 2 AND/OR DMS REG.1 | RATING |
|---|---|---|---|---|
| 07-S240-0773-AB | 07/30/2007 | 07-S240-0773 | | |

5a. ISSUED BY
HHS/HRSA/OAFM/DPM
Division of Procurement Management
5600 Fishers Lane, Rm 13A-19
Rockville MD 20857

6. DELIVERY BY *(Date)*
365 Days After Award

7. DELIVERY
[X] FOB DESTINATION [ ] OTHER *(See Schedule)*

5b. FOR INFORMATION CALL: *(No collect calls)*

| NAME | TELEPHONE NUMBER AREA CODE | NUMBER |
|---|---|---|
| Aileen Broider | 301 | 443-5231 |

8. TO:
a. NAME
b. COMPANY
c. STREET ADDRESS
d. CITY
e. STATE
f. ZIP CODE

9. DESTINATION
a. NAME OF CONSIGNEE
HRSA, MCHB, DCAFH
b. STREET ADDRESS
5600 Fishers Lane, Room 18A-30
c. CITY
Rockville
d. STATE
MD
e. ZIP CODE
20857

10. PLEASE FURNISH QUOTATIONS TO THE ISSUING OFFICE IN BLOCK 5a ON OR BEFORE CLOSE OF BUSINESS *(Date)*
08/23/2007 1000 ET

IMPORTANT: This is a request for information, and quotations furnished are not offers. If you are unable to quote, please so indicate on this form and return it to the address in Block 5a. This request does not commit the Government to pay any costs incurred in the preparation of the submission of this quotation or to contract for supplies or services. Supplies are of domestic origin unless otherwise indicated by quoter. Any representations and/or certifications attached to this Request for Quotations must be completed by the quoter.

11. SCHEDULE *(Include applicable Federal, State and local taxes)*

| ITEM NO. (a) | SUPPLIES/SERVICES (b) | QUANTITY (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) |
|---|---|---|---|---|---|
| | PLEASE COMPLETE THIS FORM, PROVIDE A PRICE QUOTE BASED ON THE STATEMENT OF WORK OR THE LINE ITEM BELOW, AND PROVIDE THE FOLLOWING INFORMATION:<br><br>1. GSA SCHEDULE (IF APPLICABLE):________________<br><br>2. CONTACT NAME, PHONE & FAX NUMBER:____________<br><br>3. E-MAIL:______________<br><br>4. DUNS NUMBER:________________<br><br>Continued ... | | | | |

| 12. DISCOUNT FOR PROMPT PAYMENT | a. 10 CALENDAR DAYS (%) | b. 20 CALENDAR DAYS (%) | c. 30 CALENDAR DAYS (%) | d. CALENDAR DAYS NUMBER | PERCENTAGE |
|---|---|---|---|---|---|
| | | | | | |

NOTE: Additional provisions and representations [ ] are [ ] are not attached

13. NAME AND ADDRESS OF QUOTER
a. NAME OF QUOTER
b. STREET ADDRESS
c. COUNTY
d. CITY
e. STATE
f. ZIP CODE

14. SIGNATURE OF PERSON AUTHORIZED TO SIGN QUOTATION

15. DATE OF QUOTATION

16. SIGNER
a. NAME *(Type or print)*
b. TELEPHONE
AREA CODE
c. TITLE *(Type or print)*
NUMBER

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition not usable

STANDARD FORM 18 (REV. 6-95)
Prescribed by GSA - FAR (48 CFR) 53.215-1(a)

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED 07-S240-0773-AB | PAGE 2 | OF 12 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | 5. REPRESENTATIONS, CERTIFICATIONS, AND OTHER STATEMENTS OF OFFERORS OR QUOTERS. | | | | |

52.204-3 TAXPAYER IDENTIFICATION (OCT 1998)
(A) DEFINITIONS.

"COMMON PARENT," AS USED IN THIS PROVISION, MEANS THAT CORPORATE ENTITY THAT OWNS OR CONTROLS AN AFFILIATED GROUP OF CORPORATIONS THAT FILES ITS FEDERAL INCOME TAX RETURNS ON A CONSOLIDATED BASIS, AND OF WHICH THE OFFEROR IS A MEMBER.

"TAXPAYER IDENTIFICATION NUMBER (TIN)," AS USED IN THIS PROVISION, MEANS THE NUMBER REQUIRED BY THE INTERNAL REVENUE SERVICE (IRS) TO BE USED BY THE OFFEROR IN REPORTING INCOME TAX AND OTHER RETURNS. THE TIN MAY BE EITHER A SOCIAL SECURITY NUMBER OR AN EMPLOYER IDENTIFICATION NUMBER.

(B) ALL OFFERORS MUST SUBMIT THE INFORMATION REQUIRED IN PARAGRAPHS (D) THROUGH (F) OF THIS PROVISION TO COMPLY WITH DEBT COLLECTION REQUIREMENTS OF 31 U.S.C. 7701(C) AND 3325(D), REPORTING REQUIREMENTS OF 26 U.S.C. 6041, 6041A, AND 6050M AND IMPLEMENTING REGULATIONS ISSUED BY THE IRS. IF THE RESULTING CONTRACT IS SUBJECT TO THE PAYMENT REPORTING REQUIREMENTS DESCRIBED IN FEDERAL ACQUISITION REGULATION (FAR) 4.904, THE FAILURE OR REFUSAL BY THE OFFEROR TO FURNISH THE INFORMATION MAY RESULT IN A 31 PERCENT REDUCTION OF PAYMENTS OTHERWISE DUE UNDER THE CONTRACT.

(C) THE TIN MAY BE USED BY THE GOVERNMENT TO COLLECT AND REPORT ON ANY DELINQUENT AMOUNTS ARISING OUT OF THE OFFEROR¿S RELATIONSHIP WITH THE GOVERNMENT [31 U.S.C. 7701(C) (3)]. IF THE RESULTING CONTRACT IS SUBJECT TO THE PAYMENT REPORTING REQUIREMENTS DESCRIBED IN FAR 4.904, THE TIN PROVIDED HEREUNDER MAY BE MATCHED WITH IRS RECORDS TO VERIFY THE ACCURACY OF THE OFFEROR¿S TIN.

(D) TAXPAYER IDENTIFICATION NUMBER (TIN).

[ ]TIN: ______________________

[ ]TIN HAS BEEN APPLIED FOR.
[ ]TIN IS NOT REQUIRED BECAUSE:
[ ]OFFEROR IS A NONRESIDENT ALIEN, FOREIGN CORPORATION, OR FOREIGN PARTNERSHIP THAT DOES NOT HAVE INCOME EFFECTIVELY CONNECTED WITH THE

Continued ...

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED 07-S240-0773-AB | PAGE 3 | OF 12 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | CONDUCT OF A TRADE OR BUSINESS IN THE UNITED STATES AND DOES NOT HAVE AN OFFICE OR PLACE OF BUSINESS OR A FISCAL PAYING AGENT IN THE UNITED STATES;<br>[ ]OFFEROR IS AN AGENCY OR INSTRUMENTALITY OF A FOREIGN GOVERNMENT;<br>[ ]OFFEROR IS AN AGENCY OR INSTRUMENTALITY OF THE FEDERAL GOVERNMENT.<br><br>(E) TYPE OF ORGANIZATION.<br><br>[ ]SOLE PROPRIETORSHIP;<br>[ ]PARTNERSHIP;<br>[ ]CORPORATE ENTITY (NOT TAX EXEMPT);<br>[ ]CORPORATE ENTITY (TAX EXEMPT);<br>[ ]GOVERNMENT ENTITY (FEDERAL, STATE, OR LOCAL);<br>[ ]FOREIGN GOVERNMENT;<br>[ ]INTERNATIONAL ORGANIZATION PER 26 CFR 1.6049-4;<br>[ ]OTHER<br><br>(F) COMMON PARENT.<br><br>[ ]OFFEROR IS NOT OWNED OR CONTROLLED BY A COMMON PARENT AS DEFINED IN PARAGRAPH (A) OF THIS PROVISION.<br>[ ]NAME AND TIN OF COMMON PARENT:<br><br>NAME: ____________________<br>TIN: ____________________<br><br>52.204-6 Data Universal Numbering System (DUNS) Number.<br>(Oct 2003)<br><br>(a) The offeror shall enter, in the block with its name and address on the cover page of its offer, the annotation "DUNS" or "DUNS+4" followed by the DUNS number or "DUNS+4" that identifies the offeror's name and address exactly as stated in the offer. The DUNS number is a nine-digit number assigned by Dun and Bradstreet, Inc. The DUNS+4 is the DUNS number plus a 4-character suffix that may be assigned at the discretion of the offeror to establish additional CCR records for identifying alternative Electronic Funds Transfer (EFT) accounts (see Subpart 32.11) for<br>Continued ... | | | | |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED 07-S240-0773-AB | PAGE 4 | OF 12 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | the same parent concern.<br><br>(b) If the offeror does not have a DUNS number, it should contact Dun and Bradstreet directly to obtain one.<br>(1) An offeror may obtain a DUNS number-<br>(i) If located within the United States, by calling Dun and Bradstreet at 1-866-705-5711 or via the Internet at http://www.dnb.com; or<br>(ii) If located outside the United States, by contacting the local Dun and Bradstreet office.<br>(2) The offeror should be prepared to provide the following information:<br>(i) Company legal business name.<br>(ii) Tradestyle, doing business, or other name by which your entity is commonly recognized.<br>(iii) Company physical street address, city, state and Zip Code.<br>(iv) Company mailing address, city, state and Zip Code (if separate from physical).<br>(v) Company telephone number.<br>(vi) Date the company was started.<br>(vii) Number of employees at your location.<br>(viii) Chief executive officer/key manager.<br>(ix) Line of business (industry).<br>(x) Company Headquarters name and address (reporting relationship within your entity).<br>(End of provision)<br><br>52.204-7 CENTRAL CONTRACTOR REGISTRATION (JULY 2006)<br><br>(A) DEFINITIONS. AS USED IN THIS CLAUSE-<br>"CENTRAL CONTRACTOR REGISTRATION (CCR) DATABASE" MEANS THE PRIMARY GOVERNMENT REPOSITORY FOR CONTRACTOR INFORMATION REQUIRED FOR THE CONDUCT OF BUSINESS WITH THE GOVERNMENT.<br><br>"DATA UNIVERSAL NUMBERING SYSTEM (DUNS) NUMBER" MEANS THE 9-DIGIT NUMBER ASSIGNED BY DUN AND BRADSTREET, INC. (D&B) TO IDENTIFY UNIQUE BUSINESS ENTITIES.<br><br>"DATA UNIVERSAL NUMBERING SYSTEM +4 (DUNS+4) NUMBER" MEANS THE DUNS NUMBER ASSIGNED BY D&B PLUS A 4-CHARACTER SUFFIX THAT MAY BE ASSIGNED BY A BUSINESS CONCERN. (D&B HAS NO AFFILIATION WITH THIS 4-CHARACTER SUFFIX.) THIS 4-CHARACTER SUFFIX MAY BE ASSIGNED AT THE DISCRETION OF THE BUSINESS CONCERN TO ESTABLISH ADDITIONAL CCR RECORDS FOR IDENTIFYING ALTERNATIVE ELECTRONIC FUNDS TRANSFER<br>Continued ... | | | | |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED 07-S240-0773-AB | PAGE 5 | OF 12 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | (EFT) ACCOUNTS (SEE THE FAR AT SUBPART 32.11) FOR THE SAME PARENT CONCERN.<br><br>"REGISTERED IN THE CCR DATABASE" MEANS THAT-<br><br>(1) THE CONTRACTOR HAS ENTERED ALL MANDATORY INFORMATION, INCLUDING THE DUNS NUMBER OR THE DUNS+4 NUMBER, INTO THE CCR DATABASE; AND<br>(2) THE GOVERNMENT HAS VALIDATED ALL MANDATORY DATA FIELDS, TO INCLUDE VALIDATION OF THE TAXPAYER IDENTIFICATION NUMBER (TIN) WITH THE INTERNAL REVENUE SERVICE (IRS), AND HAS MARKED THE RECORD "ACTIVE". THE CONTRACTOR WILL BE REQUIRED TO PROVIDE CONSENT FOR TIN VALIDATION TO THE GOVERNMENT AS A PART OF THE CCR REGISTRATION PROCESS.<br>(B)(1) BY SUBMISSION OF AN OFFER, THE OFFEROR ACKNOWLEDGES THE REQUIREMENT THAT A PROSPECTIVE AWARDEE SHALL BE REGISTERED IN THE CCR DATABASE PRIOR TO AWARD, DURING PERFORMANCE, AND THROUGH FINAL PAYMENT OF ANY CONTRACT, BASIC AGREEMENT, BASIC ORDERING AGREEMENT, OR BLANKET PURCHASING AGREEMENT RESULTING FROM THIS SOLICITATION.<br>(2) THE OFFEROR SHALL ENTER, IN THE BLOCK WITH ITS NAME AND ADDRESS ON THE COVER PAGE OF ITS OFFER, THE ANNOTATION "DUNS" OR "DUNS +4" FOLLOWED BY THE DUNS OR DUNS +4 NUMBER THAT IDENTIFIES THE OFFEROR'S NAME AND ADDRESS EXACTLY AS STATED IN THE OFFER. THE DUNS NUMBER WILL BE USED BY THE CONTRACTING OFFICER TO VERIFY THAT THE OFFEROR IS REGISTERED IN THE CCR DATABASE.<br>(C) IF THE OFFEROR DOES NOT HAVE A DUNS NUMBER, IT SHOULD CONTACT DUN AND BRADSTREET DIRECTLY TO OBTAIN ONE.<br>(1) AN OFFEROR MAY OBTAIN A DUNS NUMBER-<br>(I) IF LOCATED WITHIN THE UNITED STATES, BY CALLING DUN AND BRADSTREET AT 1-866-705-5711 OR VIA THE INTERNET AT HTTP://WWW.DNB.COM; OR<br>(II) IF LOCATED OUTSIDE THE UNITED STATES, BY CONTACTING THE LOCAL DUN AND BRADSTREET OFFICE.<br>(2) THE OFFEROR SHOULD BE PREPARED TO PROVIDE THE FOLLOWING INFORMATION:<br>(I) COMPANY LEGAL BUSINESS.<br>(II) TRADESTYLE, DOING BUSINESS, OR OTHER NAME BY WHICH YOUR ENTITY IS COMMONLY RECOGNIZED.<br>(III) COMPANY PHYSICAL STREET ADDRESS, CITY, STATE, AND ZIP CODE.<br>(IV) COMPANY MAILING ADDRESS, CITY, STATE AND ZIP CODE (IF SEPARATE FROM PHYSICAL).<br>(V) COMPANY TELEPHONE NUMBER.<br>(VI) DATE THE COMPANY WAS STARTED.<br>Continued ... | | | | |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED 07-S240-0773-AB | PAGE 6 | OF 12 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | (VII) NUMBER OF EMPLOYEES AT YOUR LOCATION.<br>(VIII) CHIEF EXECUTIVE OFFICER/KEY MANAGER.<br>(IX) LINE OF BUSINESS (INDUSTRY).<br>(X) COMPANY HEADQUARTERS NAME AND ADDRESS (REPORTING RELATIONSHIP WITHIN YOUR ENTITY).<br>(D) IF THE OFFEROR DOES NOT BECOME REGISTERED IN THE CCR DATABASE IN THE TIME PRESCRIBED BY THE CONTRACTING OFFICER, THE CONTRACTING OFFICER WILL PROCEED TO AWARD TO THE NEXT OTHERWISE SUCCESSFUL REGISTERED OFFEROR.<br>(E) PROCESSING TIME, WHICH NORMALLY TAKES 48 HOURS, SHOULD BE TAKEN INTO CONSIDERATION WHEN REGISTERING. OFFERORS WHO ARE NOT REGISTERED SHOULD CONSIDER APPLYING FOR REGISTRATION IMMEDIATELY UPON RECEIPT OF THIS SOLICITATION.<br>(F) THE CONTRACTOR IS RESPONSIBLE FOR THE ACCURACY AND COMPLETENESS OF THE DATA WITHIN THE CCR DATABASE, AND FOR ANY LIABILITY RESULTING FROM THE GOVERNMENT'S RELIANCE ON INACCURATE OR INCOMPLETE DATA. TO REMAIN REGISTERED IN THE CCR DATABASE AFTER THE INITIAL REGISTRATION, THE CONTRACTOR IS REQUIRED TO REVIEW AND UPDATE ON AN ANNUAL BASIS FROM THE DATE OF INITIAL REGISTRATION OR SUBSEQUENT UPDATES ITS INFORMATION IN THE CCR DATABASE TO ENSURE IT IS CURRENT, ACCURATE AND COMPLETE. UPDATING INFORMATION IN THE CCR DOES NOT ALTER THE TERMS AND CONDITIONS OF THIS CONTRACT AND IS NOT A SUBSTITUTE FOR A PROPERLY EXECUTED CONTRACTUAL DOCUMENT.<br>(G)<br>(1)<br>(I) IF A CONTRACTOR HAS LEGALLY CHANGED ITS BUSINESS NAME, "DOING BUSINESS AS" NAME, OR DIVISION NAME (WHICHEVER IS SHOWN ON THE CONTRACT), OR HAS TRANSFERRED THE ASSETS USED IN PERFORMING THE CONTRACT, BUT HAS NOT COMPLETED THE NECESSARY REQUIREMENTS REGARDING NOVATION AND CHANGE-OF-NAME AGREEMENTS IN SUBPART 42.12, THE CONTRACTOR SHALL PROVIDE THE RESPONSIBLE CONTRACTING OFFICER A MINIMUM OF ONE BUSINESS DAY'S WRITTEN NOTIFICATION OF ITS INTENTION TO (A) CHANGE THE NAME IN THE CCR DATABASE; (B) COMPLY WITH THE REQUIREMENTS OF SUBPART 42.12 OF THE FAR; AND (C) AGREE IN WRITING TO THE TIMELINE AND PROCEDURES SPECIFIED BY THE RESPONSIBLE CONTRACTING OFFICER. THE CONTRACTOR MUST PROVIDE WITH THE NOTIFICATION SUFFICIENT DOCUMENTATION TO SUPPORT THE LEGALLY CHANGED NAME.<br>(II) IF THE CONTRACTOR FAILS TO COMPLY WITH THE REQUIREMENTS OF PARAGRAPH (G)(1)(I) OF THIS<br>Continued ... | | | | |

NSN 7540-01-152-8067 OPTIONAL FORM 336 (4-86)

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | CLAUSE, OR FAILS TO PERFORM THE AGREEMENT AT PARAGRAPH (G)(1)(I)(C) OF THIS CLAUSE, AND, IN THE ABSENCE OF A PROPERLY EXECUTED NOVATION OR CHANGE-OF-NAME AGREEMENT, THE CCR INFORMATION THAT SHOWS THE CONTRACTOR TO BE OTHER THAN THE CONTRACTOR INDICATED IN THE CONTRACT WILL BE CONSIDERED TO BE INCORRECT INFORMATION WITHIN THE MEANING OF THE "SUSPENSION OF PAYMENT" PARAGRAPH OF THE ELECTRONIC FUNDS TRANSFER (EFT) CLAUSE OF THIS CONTRACT.<br>(2) THE CONTRACTOR SHALL NOT CHANGE THE NAME OR ADDRESS FOR EFT PAYMENTS OR MANUAL PAYMENTS, AS APPROPRIATE, IN THE CCR RECORD TO REFLECT AN ASSIGNEE FOR THE PURPOSE OF ASSIGNMENT OF CLAIMS (SEE FAR SUBPART 32.8, ASSIGNMENT OF CLAIMS). ASSIGNEES SHALL BE SEPARATELY REGISTERED IN THE CCR DATABASE. INFORMATION PROVIDED TO THE CONTRACTOR'S CCR RECORD THAT INDICATES PAYMENTS, INCLUDING THOSE MADE BY EFT, TO AN ULTIMATE RECIPIENT OTHER THAN THAT CONTRACTOR WILL BE CONSIDERED TO BE INCORRECT INFORMATION WITHIN THE MEANING OF THE "SUSPENSION OF PAYMENT" PARAGRAPH OF THE EFT CLAUSE OF THIS CONTRACT.<br>(H) OFFERORS AND CONTRACTORS MAY OBTAIN INFORMATION ON REGISTRATION AND ANNUAL CONFIRMATION REQUIREMENTS VIA THE INTERNET AT HTTP://WWW.CCR.GOV OR BY CALLING 1-888-227-2423, OR 269-961-5757.<br><br>52.219-1 Small Business Program Representations. (May 2004)<br><br>(a)(1) The North American Industry Classification System (NAICS) code for this acquisition is 541611.<br>(2) The small business size standard is $6.5M.<br>(3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.<br><br>(b) Representations.<br><br>(1) The offeror represents as part of its offer that it (___) is, (___) is not a small business concern.<br><br>(2) [Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.] The offeror<br>Continued ... | | | | |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED 07-S240-0773-AB | PAGE 8 | OF 12 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | represents, for general statistical purposes, that it (___) is, (___) is not, a small disadvantaged business concern as defined in 13 CFR 124.1002.<br><br>(3) [Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.] The offeror represents as part of its offer that it (___) is, (___) is not a women-owned small business concern.<br><br>(4) [Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.] The offeror represents as part of its offer that it o is, o is not a veteran-owned small business concern.<br><br>(5) [Complete only if the offeror represented itself as a veteran-owned small business concern in paragraph (b)(4) of this provision.] The offeror represents as part of its offer that it (___) is, (___) is not a service-disabled veteran-owned small business concern.<br><br>(6) [Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.] The offeror represents, as part of its offer, that-<br>(i) It (___) is, (___) is not a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration, and no material change in ownership and control, principal office, or HUBZone employee percentage has occurred since it was certified by the Small Business Administration in accordance with 13 CFR part 126; and<br>(ii) It (___) is, (___) is not a joint venture that complies with the requirements of 13 CFR part 126, and the representation in paragraph (b)(6)(i) of this provision is accurate for the HUBZone small business concern or concerns that are participating in the joint venture. [The offeror shall enter the name or names of the HUBZone small business concern or concerns that are participating in the joint venture:__________.] Each HUBZone small business concern participating in the joint venture shall submit a separate signed copy of the HUBZone representation.<br>Continued ... | | | | |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED 07-S240-0773-AB | PAGE 9 | OF 12 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|

(c) Definitions. As used in this provision-

"Service-disabled veteran-owned small business concern"-
(1) Means a small business concern-
(i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and
(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a service-disabled veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.
(2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).

"Small business concern" means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR part 121 and the size standard in paragraph (a) of this provision.

"Veteran-owned small business concern" means a small business concern-
(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and
(2) The management and daily business operations of which are controlled by one or more veterans.

"Women-owned small business concern" means a small business concern-
(1) That is at least 51 percent owned by one or more women; or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and
(2) Whose management and daily business operations are controlled by one or more women.
(d) Notice.
(1) If this solicitation is for supplies and has been set aside, in whole or in part, for small
Continued ...

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED 07-S240-0773-AB | PAGE 10 | OF 12 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|

business concerns, then the clause in this solicitation providing notice of the set-aside contains restrictions on the source of the end items to be furnished.

(2) Under 15 U.S.C. 645(d), any person who misrepresents a firm's status as a small, HUBZone small, small disadvantaged, or women-owned small business concern in order to obtain a contract to be awarded under the preference programs established pursuant to section 8(a), 8(d), 9, or 15 of the Small Business Act or any other provision of Federal law that specifically references section 8(d) for a definition of program eligibility, shall-

(i) Be punished by imposition of fine, imprisonment, or both;

(ii) Be subject to administrative remedies, including suspension and debarment; and

(iii) Be ineligible for participation in programs conducted under the authority of the Act.

(End of provision)

Alternate I (Apr 2002). As prescribed in 19.308(a)(2), add the following paragraph (b)(7) to the basic provision:

(7) [Complete if offeror represented itself as disadvantaged in paragraph (b)(2) of this provision.] The offeror shall check the category in which its ownership falls:

_____ Black American.

_____ Hispanic American.

_____ Native American (American Indians, Eskimos, Aleuts, or Native Hawaiians).

_____ Asian-Pacific American (persons with origins from Burma, Thailand, Malaysia, Indonesia, Singapore, Brunei, Japan, China, Taiwan, Laos, Cambodia (Kampuchea), Vietnam, Korea, The Philippines, U.S. Trust Territory of the Pacific Islands (Republic of Palau), Republic of the Marshall Islands, Federated States of Micronesia, the Commonwealth of the Northern Mariana Islands, Guam, Samoa, Macao, Hong Kong, Fiji, Tonga, Kiribati, Tuvalu, or Nauru).

_____ Subcontinent Asian (Asian-Indian) American (persons with origins from India, Pakistan, Bangladesh, Sri Lanka, Bhutan, the Maldives Islands, or Nepal).

_____ Individual/concern, other than one of the preceding.

52.222-22 PREVIOUS CONTRACTS AND COMPLIANCE

Continued ...

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>07-S240-0773-AB | PAGE 11 | OF 12 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | REPORTS (FEB 1999)<br><br>THE OFFEROR REPRESENTS THAT --<br><br>(A) IT [ ] HAS, [ ] HAS NOT PARTICIPATED IN A PREVIOUS CONTRACT OR SUBCONTRACT SUBJECT TO THE EQUAL OPPORTUNITY CLAUSE OF THIS SOLICITATION;<br><br>(B) IT [ ] HAS, [ ] HAS NOT, FILED ALL REQUIRED COMPLIANCE REPORTS; AND<br><br>(C) REPRESENTATIONS INDICATING SUBMISSION OF REQUIRED COMPLIANCE REPORTS, SIGNED BY PROPOSED SUBCONTRACTORS, WILL BE OBTAINED BEFORE SUBCONTRACT AWARDS.<br><br>52.222-25 AFFIRMATIVE ACTION COMPLIANCE (APR 1984)<br><br>THE OFFEROR REPRESENTS THAT (A) IT [ ] HAS DEVELOPED AND HAS ON FILE, [ ] HAS NOT DEVELOPED AND DOES NOT HAVE ON FILE, AT EACH ESTABLISHMENT, AFFIRMATIVE ACTION PROGRAMS REQUIRED BY THE RULES AND REGULATIONS OF THE SECRETARY OF LABOR (41 CFR 60-1 AND 60-2), OR (B) IT [ ] HAS NOT PREVIOUSLY HAD CONTRACTS SUBJECT TO THE WRITTEN AFFIRMATIVE ACTION PROGRAMS REQUIREMENT OF THE RULES AND REGULATIONS OF THE SECRETARY OF LABOR.<br><br>52.226-2 Historically Black College or University and Minority Institution Representation. (MAR 2001)<br>(a) Definitions. As used in this provision-<br>"Historically black college or university" means an institution determined by the Secretary of Education to meet the requirements of 34 CFR 608.2. For the Department of Defense, the National Aeronautics and Space Administration, and the Coast Guard, the term also includes any nonprofit research institution that was an integral part of such a college or university before November 14, 1986.<br>"Minority institution" means an institution of higher education meeting the requirements of Section 1046(3) of the Higher Education Act of 1965 (20 U.S.C. 1067k, including a Hispanic-serving institution of higher education, as defined in Section 316(b)(1) of the Act (20 U.S.C. 1101a)).<br>(b) Representation. The offeror represents that it-<br>Continued ... | | | | |

NSN 7540-01-152-8067 OPTIONAL FORM 336 (4-86)

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED 07-S240-0773-AB | PAGE 12 | OF 12 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | o is o is not a historically black college or university;<br>o is o is not a minority institution.<br><br>NOTE ----BUY AMERICAN CLAUSES - PLEASE READ FAR 25.1101 "ACQUISITION OF SUPPLIES" TO DETERMINE THE APPROPRIATE CLAUSE FOR YOUR ACQUISITION.<br><br>CONTRACTING OFFICE POINT OF CONTACT:<br>AILEEN BROIDER(301) 443-5231<br>FAX (301) 443-5462 OR 443-6038<br>EMAIL: ABROIDER@HRSA.GOV<br><br>UFMS Receiver: Grey Jones | | | | |
| 1 | Request for purchase order per attachment for the requirement entitled: Technical Assistance to the MCHB Oral Health Program.<br><br>Delivery: 365 Days After Award | | | | |

NSN 7540-01-152-8067 OPTIONAL FORM 336 (4-86)

## Statement of Work

### Background

The Division of Child, Adolescent and Family Health, Maternal and Child Health Bureau (MCHB), Health Resources and Services Administration (HRSA) provides oral health coordination among MCHB divisions and programs. The majority of funds used to support oral health activities are for the development or enhancement of dental public health infrastructure within States. Through its discretionary grant programs, the MCHB has supported nearly all State oral health programs through key activities that include, but are not limited to the: development of written State oral health plans, establishment and enhancement of relationships and partnerships, increase in public awareness, enhancement of data systems, and leveraging of oral health funds.

MCHB support of State oral health programs through block grant and discretionary funding helps States tie dental public health programs to the private sector. Oral health issues for Head Start and other economically disadvantaged children have gained considerable interest among various Federal programs where oral health is the most frequent health concern identified by Head Start Directors, Health Managers, and parents. This is reflective of the oral health needs of Medicaid/SCHIP children in general, who are most at risk of oral disease in this nation.

In recent years, the MCHB oral health program has grown in size and complexity requiring extensive effort to follow-up on: State and local utilization of model grantee accomplishments, growing relationships among national public and private sector partners and bringing science to practice to improve health status among women and their children (including children with special health care needs) through early interventions and integration of health services within the context of medical/dental homes.

Current attention to oral health issues of access, quality, interventions and integration within existing systems of care has brought dynamic, evolving change not seen in recent decades. Multiple changes are occurring in service delivery models for children affected by legislation, Medicaid/SCHIP policy, education, and service delivery venues performed by dental and non-dental providers. These changes are having profound effects on the MCHB oral health program.

### Purpose

The purpose of this procurement is to provide technical assistance to the MCHB oral health program staff to maintain program quality and oversight. An intermediary link between MCHB oral health program staff and its partners is needed to monitor and track selected projects and partner relations in follow-up to recent meetings; this comprises consultation on implementation of products and/or recommendations of experts and workgroups convened through these meetings by:

- conference calls with partner organizations
- attendance at local partner meetings
- strategic planning with MCHB oral health program staff

Ongoing input and tracking of follow-up activity is needed for MCHB to improve the various relationships, with and among, partner organizations and stakeholders.

The Contractor shall spend 16 hours per week on site at the MCHB oral health program office in Rockville, Maryland, or other location(s) as determined by the Project Officer (PO), to provide technical assistance and meet with designated HRSA personnel to accomplish tasks outlined below in "Tasks."

**Period of Performance**

The period of performance is for one year, beginning in September, 2007.

**Tasks**

In the performance of this contract, the Contractor shall:

1) **Serve as liaison for MCHB to national oral health partners, providing weekly consultation to identify progress with oral health program implementation activities.** The Contractor shall provide technical assistance to the Project Officer for implementation, execution and review of projects and products generated through grantee, contractor and/or other partner organizations (public or private). Dialogue and/or products requiring follow-up will be identified through weekly consultation with MCHB's oral health Project Officer to determine future program need and/or direction. Current dialogue with partner organizations requiring follow-up exists with the American Association of Community Dental Programs (AACDP), the National Association of State Health programs (NASHP), and the Medicaid/SCHIP Dental Association (MSDA). The Contractor shall maintain a tracking document to report progress on follow-up activities and implementation of projects through each of the above organizations.

2) **Provide input and follow-up on meetings pertinent to MCHB's oral health program**. Through other MCHB grants and contracts, the MCHB oral health program has focused on issues related to early oral health integration interventions, follow-up care to sealant programs and Children with Special Health Care Needs (CSHCN) to address disparity within MCH populations. Within these focus areas, specific activities have been funded: Sealant Manual workshops, school readiness partnership with the National Oral Health Policy Center, and Cutting edge meetings (includes: State Access Workshops to improve State oral health competencies for collaboration, Medicaid portability for migrant farm workers, toothpaste and topical fluoride recommendations for at risk child populations, and professional training and awareness for CSHCN) to garner professional input from experts to help MCHB address these program related issues. The Contractor shall participate in follow-up meetings and activities to ensure relevance and perspective to MCH. The Contractor shall develop and maintain a tracking document to report monthly on conversations and meetings. At the end of the project, progress will be summarized and include discussion of the likely next steps to be considered for support by the MCHB oral health program.

3) **Assist in the development of an oral health strategy for anticipated oral health program activities with partner organizations.** Using documentation of MCHB oral health program activity, as reflected in minutes and post meeting reports over the past 3 years and in the face of appropriation language drafted for fiscal year 2008, the Contractor shall meet with the Project Officer to draft a strategy which provides direction to MCHB's oral health program efforts. Such direction may continue and/or expand priority endeavors with appropriate key oral health stakeholders to improve the oral health status of mothers and children. The Contactor shall develop a strategy placed on a timeline for ongoing review and assessment by the Project Officer.

4) **Provide technical assistance to the Office of Head Start for phase-out of the Intra-Agency Agreement (IAA) with MCHB.** Since 2001, MCHB has had an IAA with the Office of Head Start. Under that agreement, many partnerships have been established to improve the standard of oral health education among Head Start and Early Head Start (HS/EHS) local programs and increase access to oral health treatment services (preventative and restorative) by local dental professionals. To accomplish this, specific partnerships with the American Academy of Pediatrics (AAP), American Academy of Pediatric Dentists (AAPD), American Dental Hygienists Association (ADHA), and the Hispanic Dental Association (HDA) have initiated referral networks for treatment of chronic oral disease. The Contractor shall provide technical assistance in keeping with the IAA as liaison to MCHB to facilitate phase-out activities among the above partner organizations including foundations, States and other Federal Agencies, as necessary to foster continuity among those relationships. The Contractor shall maintain a tracking document to report MCHB relevant phase-out activities through each of the above organizations.

**NOTE:** It may be necessary for the Contractor to attend up to 6 out-of-area meetings during the course of this procurement. (Locations unknown at present time. For Cost Proposal purposes, assume 6 two-day trips, 2 on East Coast, 2 in Midwest, and 2 on West Coast).

**Schedule of Deliverables and Delivery Dates**

| | | |
|---|---|---|
| 1) | Tracking document to report progress on follow-up activities and implementation of projects through organizations identified in Tasks 1 and 4. – One hard copy | Monthly |
| 2) | Tracking document to report conversations and meetings identified in Task 2. – One hard copy | Monthly |
| 3) | Timeline containing strategy for ongoing review and assessment (Task 3). – One hard copy | At end of 3 months |
| 4) | Summary of next steps (Task 2). – One hard copy | At end of project |

**Payment Schedule**

Payments shall be made on a monthly basis following the completion of an acceptable invoice from the Contractor.

**Special Requirements**

1. ***Printing and Duplicating***

The printing of government documents must be accomplished through the Government Printing Office or its field printing plants, unless otherwise approved by the Congressional Joint Committee on Printing (JCP). Contractors and grantees are not intended to be prime or substantial sources of printing for government agencies. Contractors may prepare copy, illustrative material (forms, etc.) and/or camera ready documents for the purpose of producing publications.

Unless otherwise specified in this contract, the Contractor shall not engage in, nor subcontract for, any printing (as that term is defined in Title I of the Government Printing and Binding Regulations in effect on the effective date of this contract) in connection with the performance of work under this contract; except that performance of a requirement under this contract involving the reproduction of less than 5,000 production units of any one page, or less than 25,000 production units in the aggregate of multiple pages will not be deemed to be printing. A production unit is defined as one sheet, size 8 and 1/2 inches by 11 inches, one side only, and one color.

Regarding the use of private funds for printing, the regulations state that when appropriated funds are used to create information for publication, the printing of that information cannot be made available to a private publisher for publication without prior approval of the JCP.

2. ***Clearance/Production of Information Products/services***

A. The U.S. Department of Health and Human Services (HHS) Office of the Assistant Secretary for Public Affairs requires clearance for any external publication, audiovisual, exhibit, or public affairs service produced for or by the Health Resources and Services Administration (HRSA) through this contract as a deliverable (an external publication is one of which 50 copies or more are to distributed outside HHS). The Project Officer through HRSA's Office of Communications obtains this clearance, which takes approximately 4 weeks.

B. It is the policy of HHS and HRSA that HHS must be prominently and dominantly identified as the primary publisher/producer, to include placement of the HHS logo more prominently and more dominantly, in every respect, than any other graphic identifier. All text in the logo must be clearly legible. This applies to all communication materials, including those produced by Contractors. The HRSA logo and HRSA's name must be displayed in a position of prominence second only to the HHS logo and HHS's name, as the identifier on all communication materials produced on behalf of HRSA, whether by Agency staff, Contractors, or other entities. Communication materials are any and all documents and presentations intended for audiences outside the Agency, including but not limited to:

- reports, pamphlets, booklets, manuals, catalogs, directories, guides
- fact sheets, newsletters, brochures, flyers
- press releases, advisories, other media materials
- exhibits, posters
- summaries, monographs, proceedings

- slides, overhead transparencies, posters
- audiovisual materials
- Internet publications

Internal Publications (not more than 50 copies are to be distributed outside HHS) are excepted from this requirement. Only the HHS and HRSA logo may be used, if appropriate.

C. Title 44 of the U.S. Code requires that the Government Printing Office shall do the printing of any publication developed under this contract. Printing shall be coordinated through the Project Officer.

OMB clearance must be obtained if you intend to collect information (whether in an application, a form, a survey or an interview) from more than 9 people outside of HRSA and/or the Department, including grantees.

3. ***Rights in Data***

The Contractor will be prohibited from copyrighting, publishing or disseminating information resulting from work performed under this contract, and/or, using data produced or obtained under this contract, and/or any other information or products provided by the Government, or which the Contractor develops, for any purpose other than performance under this contract without prior written approval from the Contracting Officer.

*Ownership of Documents, Materials and Records*: All documents, materials (including any computer code) or records provided to the Contractor, developed or maintained by the Contractor in the performance of this contract are deemed to be property of the Government.

4. ***Acceptance***

All reports, processes, and product deliverables are subject to approval by the Project Officer

If any of the services performed do not conform with contract requirements, the Government may require the Contractor to perform the services again in conformity with contract requirements, for no additional fee. When the defects in services cannot be corrected by performance, the Government may (1) require the Contractor to take necessary action to ensure that future performance conforms to contract requirements and (2) reduce any fee payable under the contract to reflect the reduced value of the services performed.

5. ***Central Contractor Registered***

The Contractor must be registered in the Central Contractor Registration database. "Registered in the CCR database" means that (1) the Contractor has entered all mandatory information, including the DUNS number or the DUNS+4 number, into the CCR database; and (2) The Government has validated all mandatory data fields and has marked the record "Active".

By submission of an offer, the Offeror acknowledges the requirement that a prospective awardee shall be registered in the CCR database prior to award, during performance, and through final payment of any contract, basic agreement, basic ordering agreement, or blanket purchasing agreement resulting from this solicitation. If not registered in the CCR database within the time prescribed by the Contracting Officer, the Contracting Officer will proceed to award to the next otherwise successful registered Offeror.

QUESTIONS AND ANSWERS
07-S240-0773-AB

1. In Task #1, the statement, "identify progress with oral health program." How do you anticipate "progress" to be identified or measured? Is there a measurable result from an initiative that you are seeking to identify and build upon?

Response: *Each of the three partner organizations identified under Task 1 have participated in past workshops to strategically plan implementation of activities leading to increased access to oral health services for MCH populations at high risk of disease. Activities specific to each organization are contained in post workshop reports and include activities such as integration of services, collaboration with other partner organizations/stakeholders and/or policy development.*

2. In Task #2, the contractor is to "provide input and follow-up". Is the input you are looking for directly related to the results obtained in task #1? The activities that are identified in Task #2, are you looking to measure the success of those initiatives, to improve them in any way, determine if some or none are poor mix in the plan with regard to cost vs. benefit, and which ones provide best results in terms or oral health care?

Response: *The provision of input and follow-up is to be provided in the context of ongoing MCHB program focus, through current contracts and grants, on the broad topics of early intervention, sealants and CSHCN. This input and follow-up is not limited to that identified in Task #1. The activities identified in Task #2 are in a formative stage requiring MCH relevance and perspective as professional input from experts is gathered and assimilated. The offeror has not reached a point of readiness for evaluation of a given "product" but continues in an ongoing manner to represent MCH as initiatives and/or products are considered.*

3. In Task #3, how have you measured "improved oral health" in mothers and children?

Response: *Task #3 does not ask for a measure of "improved oral health." The contractor is called to consider a strategy, based on recent activity and appropriations, and propose direction toward improvement of the oral health status of mothers and children.*

4. In Task #4, can you be more specific with regard to the "technical assistance" you are seeking for helping MCHB with the phase out activities?

Response: *Head Start activity through the four organizations listed in Task #4 was initiated under prior Inter-Agency Agreements between MCHB and the Office of Head Start. Technical assistance is sought for MCHB headquarters*

*staff to maintain oral health contact with these organizations beyond that funded under the prior agreements. Partnership successes, sustainable activities and future relevance to the broader MCH population need to be tracked and understood so that collaboration can be continued in the interest of improving access to services for at risk children and their families.*

5. Is this a follow-on to a previous requirement or is this a brand new requirement? If it is a follow-on, is it possible to obtain any publicly available information about the incumbent contractor. Specifically: Contractor Name, Contract Number, Original Award Date, and Total Value.

   Response: *This is a new requirement.*

6. Is there an incumbent to this project? If so, is the incumbent name and/or contract number available?

   Response: *This is a new requirement.*