# United States Court of Federal Claims

**No: 07-17 C**
October 4, 2007

---

**MCKING CONSULTING CORPORATION,**

***Plaintiff***,

**v.**

**THE UNITED STATES OF AMERICA,**

***Defendant***.

---

**Procurement Integrity Act 41 U.S.C. § 423; Competition in Contracting Act, 41 U.S.C. § 253; Small Business Set-Aside; Bid Protest; Federal Acquisition Regulation Part 19.**

## ORDER ACCOMPANYING OPINION FILED UNDER SEAL

On October 4, 2007, the court filed under seal its opinion in this matter.

In consideration of the above, it is hereby **ORDERED** that each party has until close of business on Thursday, October 11, 2007, to e-mail to "Dan_Wang@ao.uscourts.gov" or fax to (202) 357-6514, any proposed redactions of any information within the opinion, pursuant to the scope of the Protective Order filed on January 26, 2007.

In the absence of redactions by either party, this court will make the entire decision public on Friday, October 12, 2007.

s/ Lawrence J. Block

Lawrence J. Block
Judge