# In the United States Court of Federal Claims

**No. 07-17 C**

**MCKING CONSULTING CORPORATION,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Opinion and Order, filed October 4, 2007, granting defendant's cross-motion for judgment on the administrative record, and denying plaintiff's motion for judgment on the administrative record,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff's petition for injunctive relief is denied. Judgment is in favor of defendant.

Brian Bishop
Clerk of Court

**October 4, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.